WEBB INSTITUTE OF NAVAL ARCHITECTURE, Respondent, v. REBECCA FROMHARTZ and Others, Defendants, Impleaded with LOUIS ADLER and Others, as Executors and Trustees, etc., of JULIUS MILLER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WEBB INSTITUTE OF NAVAL ARCHITECTURE, Respondent, v. REBECCA FROMHARTZ and Others, Defendants, Impleaded with LOUIS ADLER and Others, as Executors and Trustees, etc., of JULIUS MILLER, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL BUTCHERS AND DROVERS BANK, Appellant, v. ELIAS GOTTFRIED, Respondent, and FINANCIAL CONSULTANTS CORPORATION and Others, Defendants. — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULES S. NAYFACK, Appellant, v. EMILY NORD NAYFACK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULES S. NAYFACK, Appellant, v. EMILY NORD NAYFACK, Respondent.— Order modified by reducing the amount of the counsel fee to the sum of $1,500, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD T. KAMBER, Trading under the Name and Style of KAMBER SYSTEM CLOTHES, Respondent, v. JOHN C. PAIGE & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA AVRUT, Appellant, v. SAMUEL AVRUT, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the defendant remanded to custody. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES S. PEABODY and Another, Appellants, v. FULTON SECURITIES COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX ROSENSTOCK and Others, Copartners, etc., Appellants, v. VIOLA CARPENTER, Doing Business as VANITIE BEAUTY SHOP, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB J. KAHN, Respondent, v. LEWIS S. ROSENSTIEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY WITTNER, Appellant, v. BURR AVENUE DEVELOPMENT CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

WILLIAM P. RILEY, Respondent, v. " JAMES " M. KELLY, First Name " James " Being Fictitious, etc., Appellant.— Order so far as appealed from affirmed, with